Gregory A. Krauss (gkrauss@dbjg.com)
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765 7200

*Counsel for Defendants*
*Empower Pharmaceuticals LLC et al.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METUCHEN PHARMACEUTICALS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>EMPOWER PHARMACEUTICALS LLC, EMPOWER CLINIC SERVICES LLC, SHAUN NOORIAN and ARTA S. NOORIAN,<br><br>　　Defendants. | Civil Action No. 2:18-cv-11406-JLL-SCM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Empower Pharmaceuticals LLC, Empower Clinic Services LLC hereby certifies that these parties are non-governmental corporate parties and that these parties do not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of these parties' stock.

1

Date: August 6, 2018                    *s/ Gregory A. Krauss*

Gregory A. Krauss
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765 7200
gkrauss@dbjg.com

*Counsel for Defendants*
*Empower Pharmaceuticals LLC et al.*