United States District Court
Southern District of Texas
**ENTERED**
January 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| METUCHEN PHARMACEUTICALS LLC, *et al*, § § § § Plaintiffs, § VS. § EMPOWER PHARMACEUTICALS LLC, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:18-CV-4344 |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on December 28, 2018, (Doc # 29), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 01/02/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge